PHILLIP A. TALBERT
United States Attorney
DAVID E. THIESS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
David.Thiess@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JAMIE A. YAVELBERG
ANDY MAO
LAURA E. HILL
Department of Justice
Civil Division
Commercial Litigation Branch
175 N Street, NE, 9th Floor
Washington, DC 20002
Telephone: (202) 514-7900
Laura.E.Hill@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>vs.<br><br>WOUND PROS MANAGEMENT GROUP, INC.; WOUND PROS HOLDINGS, P.C.; WOUND PROS ENTERPRISES LLC; WOUND PROS TECHNOLOGY INC.; WOUND PROS VENTURES, LP; WOUND PROS, P.C.; GLOBAL WOUND CARE MEDICAL GROUP; WOUND PROS TEXAS PLLC; WOUND PROS GEORGIA P.C.; WOUND PROS NEVADA INC.; WOUND PROS DOCTORS P.C.; and WOUND PROS TENNESSEE, P.C.,<br><br>                    Respondent. | Case No. 2:24-mc-00263-DAD-CKD<br><br>**[PROPOSED] ORDER ON UNITED STATES' REQUEST TO SEAL DOCUMENTS** |

Upon the United States' Request to Seal Documents under L.R. 141 and the papers submitted in connection with that request,

IT IS HEREBY ORDERED that:

1. Exhibits 17, 28, 29, 30, 31, and 32 shall be filed under seal and shall remain under seal until further order by this Court;

2. Within 20 days of this Order, Respondents shall file a Notice, notifying the Court as to whether Respondents are seeking redactions as to Exhibits 17, 28, 29, 30, 31, and 32, as well as the basis for those redactions; and

3. The United State shall respond within 14 days of Respondents' Notice.

4. **Parties' briefing on the Petition for Enforcement of Civil Investigative Demands is stayed. The Court will issue a further order after full briefing relating to the Request to Seal is filed.**

IT IS SO ORDERED.

Dated: July 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE