

# United States District Court
## Eastern District of California

| United States of America |
|---|
| Plaintiff(s) |

V.

Case Number: | 2:24-MC-00263-DAD-CKD |
|---|

| Wound Pros Management Group, Inc., et al. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
David S. Schumacher _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Wound Pros Management Group, Inc., et al. _____

On January 19, 2001 _____ (date), I was admitted to practice and presently in good standing in the
Massachusetts Supreme Judicial Court _____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: August 19, 2024 _____          Signature of Applicant: /s/  David S. Schumacher _____

**Pro Hac Vice Attorney**

Applicant's Name: David S. Schumacher

Law Firm Name: Hooper, Lundy & Bookman, P.C.

Address: 470 Atlantic Avenue

Suite 1201

City: Boston    State: MA    Zip: 02210

Phone Number w/Area Code: (617) 532-2700

City and State of Residence: Waltham, Massachusetts

Primary E-mail Address: dschumacher@hooperlundy.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Catherine S. Wicker

Law Firm Name: Hooper, Lundy & Bookman, P.C.

Address: 101 West Broadway

Suite 1200

City: San Diego    State: CA    Zip: 92101

Phone Number w/Area Code: (619) 744-7300    Bar # 306494

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 19, 2024

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT