UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>WOUND PROS MANAGEMENT GROUP, INC.; WOUND PROS HOLDINGS, P.C.; WOUND PROS ENTERPRISES LLC; WOUND PROS TECHNOLOGY INC.; WOUND PROS VENTURES, LP; WOUND PROS, P.C.; GLOBAL WOUND CARE MEDICAL GROUP; WOUND PROS TEXAS PLLC; WOUND PROS GEORGIA P.C.; WOUND PROS NEVADA INC.; WOUND PROS DOCTORS P.C.; and WOUND PROS TENNESSEE, P.C.,<br><br>Respondents. | No.  2:24-mc-0263 DJC AC<br><br><br><u>PROTECTIVE ORDER</u> |

IT IS HEREBY ORDERED that the respondents' unopposed motion to seal (ECF No. 8) and Request for Redaction (ECF No. 9) are GRANTED.

Respondents' Request to redact Exhibits 28, 29, 30, and 31, to the Petition for Order to Show Cause and Summary Enforcement of CID Nos. 23-1300 to 23-1306 and 23-1308 to 23-1312, is GRANTED. Exhibits 28, 29, 30, and 31 will be redacted to remove confidential information as set forth in Exhibit A of Respondents' Memorandum of Points and Authorities In

1

Support of its Request for Redaction, and in accordance with Respondents' redacted exhibits filed herein.

IT IS SO ORDERED.

DATED: October 28, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE